| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Roy R. Kranz<br>Officer: Nick Diedrich, BIA | Telephone: (989) 895-5712<br>Telephone: (989) 775-4700 |
|---|---|---|

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
   v.
Harold Eugene Beemer

Case No. 1:21-mj-30002
Judge: Morris, Patricia T.
Filed: 01-04-2021 At 10:21 AM
CMP USA v. Harold Eugene Beemer (krc )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __7/2/20 (Ct 1), 7/29/20 (Ct 2), 8/1/20 (Ct 3)__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| All in violation of<br>18 U.S.C. § 1151<br>18 U.S.C. § 1153<br>18 U.S.C. § 113(a)(3) [Count 1]<br>18 U.S.C. § 113(a)(8) [Count 2]<br>18 U.S.C. § 1512(b)(1) [Count 3] | COUNT 1: Defendant, an Indian, within Indian country, assaulted, that is, intentionally wounded S.C. with a dangerous weapon with the intent to do bodily harm.<br>COUNT 2: Defendant, an Indian, within Indian country, assaulted S.C., his intimate and dating partner, by attempting to strangle and by strangling her.<br>COUNT 3: Defendant knowingly, intimidated, threatened, and corruptly persuaded, or attempted to do so, with the intent to influence the testimony of S.C. at an official proceeding, that is a federal grand jury. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Nick Diedrich, BIA
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 1/4/2021

_____
Judge's signature

City and state: Bay City, Michigan

Patricia Morris, United States Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## <u>FOR HAROLD EUGENE BEEMER</u>

I, Nick Diedrich, being duly sworn, depose and state:

1. I am an officer with the Bureau of Indian Affairs and have been a law enforcement officer for approximately 12 years. During my career I have been involved in numerous investigations concerning assaults. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Harold Eugene Beemer committed the offenses of Assault with a Dangerous Weapon on or about July 2, 2020, in violation of 18 U.S.C. §§ 13, 1151, 1153, and 113(a)(3); Assault of an Intimate Partner by Strangulation or Attempted Strangulation on or about July 29, 2020, in violation of 18 U.S.C. §§ 13, 1151, 1153, and 113(a)(8); and Witness Tampering on or about August 1, 2020, in violation of 18 U.S.C. § 1512(b)(1) and therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. On or about July 2, 2020, Harold Beemer, an Indian, assaulted his intimate partner, S.C., on the Isabella Reservation in Indian country. During that assault, Beemer intentionally cut the victim's leg with a knife. This injury required hospitalization and surgery.

4. On July 29, 2020, Beemer again assaulted S.C. also on the Isabella Reservation. This time they were in a car which Beemer punched her in the face and strangled the victim with both hands to the point that she could not breathe and thought she was going to pass out. Not only did the victim report this to the police put a stranger saw this happening and also reported it.

1

5. While in jail on this charge, Beemer place numerous recorded calls to the victim. On August 1, 2020, Beemer said he was sorry, said she needed to help him out to get the charges dismissed, suggested ways she could explain to the police that her original statement was not true. He also suggested that if she can't get the charges dismissed right away by talking to the police or prosecutor, that she not show up for court. He said that someone else he knows did that and it resulted in the charges being dismissed. He assured the victim that if she did not show up for court she would not get in trouble for it. On August 2, 2020, Beemer called the victim pretends like he is talking to someone else named Kim (but it clear he is talking to the victim) and says "she (referring to the victim) needs to tell them she lied."

6. Affiant is aware that Harold Eugene Beemer is an Indian.

7. Based on the above-described information, there is probable cause to believe that on or about July 2, 2020, Harold Beemer committed an assault with a dangerous weapon, in violation of 18 U.S.C. § 113(a)(3); on or about July 29, 2020, Harold Beemer committed and assault causing serious bodily injury, in violation of 18 U.S.C. § 113(a)(8); and on or about August 1, 2020, Harold Beemer committed Witness Tampering, in violation of 18 U.S.C. § 1512(b)(1).

_____
Nick Diedrich
BIA

Sworn to before me and signed in my presence and/
or by reliable electronic means.

_____
HON. PATRICIA MORRIS
United States Magistrate Judge

2